UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ATEL LEASING CORPORATION,

                Plaintiff,

- against -

INTERSTATE COMMODITIES, INC. and
R.M. RAILCARS, LLC,

                Defendants.

**STIPULATION OF DISMISSAL**

Civil Action No.:
1:20-CV-0400 (FJS/CJH)

---

### STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties and their respective counsels that any refiled action will be deemed to have been filed as of original filing date of the Complaint in this action (*i.e.*, as of April 3, 2020).

Date: February 14, 2022

Date: February 11, 2022

**FREEHILL HOGAN & MAHAR LLP**

*[signature]*

---
Don P. Murnane, Esq.
*Attorneys for Plaintiff*
80 Pine Street, 25th Floor
New York, NY 10005
Tel: (212) 425-1900
murnane@freehill.com

**TABNER, RYAN & KENIRY, LLP**

*[signature]*

---
Eric N. Dratler, Esq.
*Attorneys for Defendants*
18 Corporate Woods Blvd.
Suite 8
Albany, NY 12211
Tel. (518) 465-9500
end@trklaw.com

IT IS SO ORDERED.

*[signature]*

---
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: February 15, 2022